UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMILOLA ADEPOJU<br><br>Defendant | No. 1:21-cr-10207-PBS |

ASSENTED-TO MOTION FOR RULE 11 HEARING

The United States of America, by Christopher J. Markham, Assistant United States Attorney for the District of Massachusetts, having discussed the matter with Counsel for Defendant, requests a Rule 11 guilty plea hearing. The parties understand that the Court may be available for a Rule 11 hearing during the week of July 12, 2021, and respectfully request a hearing during one of the following dates and times: July 12 (prior to 12:00p.m.), July 14 (outside of 11:30a.m. to 2:00p.m.), or July 16 (at any time).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Christopher J. Markham
CHRISTOPHER J. MARKHAM
Assistant United States Attorney
617-748-3236

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                /s/ Christopher J. Markham
                                                CHRISTOPHER J. MARKHAM
                                                Assistant United States Attorney

Date: July 3, 2021