UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMILOLA ADEPOJU<br><br>Defendant | No. 1:21-cr-10207-PBS |

ASSENTED-TO MOTION FOR RULE 11 HEARING

The United States of America, by Christopher J. Markham, Assistant United States Attorney for the District of Massachusetts, with the assent of defense counsel, requests a Rule 11 guilty plea hearing. The parties previously submitted a request on July 3, 2021. ECF No. 17.

The parties understand that the Court may be available for a Rule 11 hearing this week, and respectfully request a hearing during one of the following dates and times:

- July 14 (prior to 11:30 a.m.),

- July 15 (prior to 12:00 a.m.), or

- July 16 (at any time).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Christopher J. Markham

CHRISTOPHER J. MARKHAM
Assistant United States Attorney
617-748-3236

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                    /s/ Christopher J. Markham
                                  CHRISTOPHER J. MARKHAM
                                  Assistant United States Attorney

Date: July 12, 2021