UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA

v.

DAMILOLA ADEPOJU

---

NO. 21-CR-10207-PBS

**DEFENDANT'S MOTION TO SEAL**
*Assented to by Government*

Defendant Damilola Adepoju, with the government's assent, hereby moves to be permitted to file a sealed motion to modify the conditions of release, and for the instant motion to be sealed as well. The government assents.

    Damilola Adepoju
    By his Attorney,

    /s/ *Keith Halpern*
    Keith Halpern
    BBO # 545282
    572 Washington Street, Suite 19
    Wellesley, MA 02482
    (617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 19, 2021.

    /s/ *Keith Halpern*