UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAMILOLA ADEPOJU

NO. 21-CR-10207-PBS

**DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS**
Assented to by Government

Defendant Damilola Adepoju hereby moves to modify the conditions of release to allow him to live at the home of an aunt and uncle in Maryland.

1. Mr. Adepoju has been unable to keep up with his rent payments for his New York apartment and expects to be evicted if he does not move very soon.

2. His aunt, Afusat Popoola, and uncle own a single-family home at 3807 Elmcroft Rd, Randallstown, MD. Ms. Popoola signed his initial bond in New York. They would like Mr. Adepoju to move in with them and have a spare bedroom for him.

3. Mr. Adepoju has been struggling with depression, living alone in New York, and the move to live with family is likely to benefit him psychologically.

4. The government assents to this request and to the transfer of his probation supervision to Maryland.

Damilola Adepoju
By his Attorney,

/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 2, 2021.

/s/ *Keith Halpern*