UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAMILOLA ADEPOJU<br><br>Defendant | CRIMINAL No. 1:21-cr-10207-PBS |

ASSENTED-TO MOTION TO SEAL

The United States of America, by Christopher J. Markham, Assistant United States Attorney for the District of Massachusetts, with the assent of defense, respectfully requests that it be permitted to file a Motion for Continuance under seal for the reasons stated in the Motion for Continuance.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:     /s/ Christopher J. Markham
CHRISTOPHER J. MARKHAM
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Christopher J. Markham
Christopher J. Markham
Assistant United States Attorney

Date: September 20, 2021